210-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
HYUNDAI MERCHANT MARINE CO. LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Manuel A. Molina (MM1017)

*JUDGE SAND*

*07 CV 3279*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
HYUNDAI MERCHANT MARINE CO. LTD.

                  Plaintiff,

- against –

ARCADIA PETROLEUM LTD.,

                  Defendant.
-------------------------------------------------------x

07 CIV _____ (    )

**RULE 7.1 STATEMENT**

*RECEIVED APR 2 4 2007 U.S.D.C. S.D.N.Y. CASHIERS*

HYUNDAI MERCHANT MARINE CO. LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
      April 24, 2007

                           FREEHILL HOGAN & MAHAR, LLP
                           Attorneys for Plaintiff
                           HYUNDAI MERCHANT MARINE CO. LTD.

      By: _____
                 Michael E. Unger (MU 0045)
                 Manuel A. Molina (MM 1017)
               80 Pine Street
               New York, NY 10005
               (212) 425-1900
               (212) 425-1901 fax

NYDOCS1/282020.1