210-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
HYUNDAI MERCHANT MARINE CO. LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Fax: (212) 425-1900
Michael E. Unger (MU 0045)
Manuel A. Molina MM 0017)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HYUNDAI MERCHANT MARINE CO. LTD.

                        Plaintiff,

- against –

ARCADIA PETROLEUM LTD.,

                        Defendant.

------------------------------------------------------------x

07 CIV 3279 ( LBS )

**ORDER DIRECTING RELEASE OF FUNDS AND DISCONTINUANCE OF ACTION**

**WHEREAS**, Plaintiff HYUNDAI MERCHANT MARINE CO. LTD. ("HYUNDAI") commenced this action against Defendant ARCADIA PETROLEUM LTD. ("ARCADIA") pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims under the Federal Rules of Civil Procedure on April 24, 2007; and

**WHEREAS**, this Court issued an Order directing the Clerk of the Court to issue Process of Maritime Attachment and Garnishment ("PMAG") and said PMAG having been issued and served upon garnishee banks; and

**WHEREAS**, the PMAG was served on garnishee banks and property of Defendant ARCADIA having been restrained pursuant thereto; and

**WHEREAS**, Plaintiff HYUNDAI has advised the Court that it has settled its dispute with Defendant ARCADIA;

NYDOCS1/282646.1

**IT IS HEREBY ORDERED** that all garnishees upon whom the PMAG has been served are directed to release any funds which have been restrained in accordance with the original wire instructions; and

**IT IS FURTHER ORDERED** that this action is hereby dismissed with prejudice and without costs as to either party.

Dated: New York, New York
    May __21__, 2007

_____
HON. LEONARD B. SAND, U.S.D.J.